**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
*Attorneys for Defendants,*
*Joshua Bulman, Swift Transportation Company*
*of Arizona, LLC, and Swift Transportation Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES FINLEY, individually; IMIJAH JENKINS, individually;<br><br>Plaintiff,<br>v.<br><br>JOSHUA BULMAN, individually; SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, a Delaware limited liability company; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware limited liability company; DOES I-X; and ROE corporations I-X, inclusive<br><br>Defendants.<br><br>JOSHUA BULMAN, individually; and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware limited liability company,<br><br>Counterclaimants,<br>v.<br><br>CHARLES FINLEY, individually;<br><br>Counterdefendant. | CASE NO.: 2:23-cv-00930-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES PURSUANT TO LR 26-3**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**(First Request)**

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada LR 26-3, Plaintiff/Cross-Defendant CHARLES FINLEY, by and through his attorneys

1

Joshua L. Benson, Esq. of BENSON ALLRED and Mark L. Gentile, Esq. of EMERSON LAW GROUP; Plaintiff IMIJAH JENKINS, by and through his counsel, Joshua L. Benson, Esq. of BENSON ALLRED; Defendants, JOSHUA BULMAN, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC AND SWIFT TRANSPORTATION SERVICES, LLC, by and through their attorneys Melissa J. Roose, Esq. of the law firm of RESNICK & LOUIS, P.C., hereby stipulate and agree to an extension of all remaining discovery deadlines by sixty (60) days. The parties propose the following revised discovery plan:

I. **DISCOVERY COMPLETED TO DATE**

On June 13, 2023, Defendants removed this case to Federal Court. On June 28, 2023, Plaintiff/Cross-Defendant Charles Finley filed an Answer to Defendants Joshua Bulman and Swift Transportation Company of Arizona, LLC's Counter-Claim.

1. On July 17, 2023, the parties attended the FRCP 26(f) Discovery Conference.

2. On July 14, 2023, Counter-Defendant Charles Finley served his Initial Early Case Conference List of Witnesses and Production of Documents.

3. On July 19, 2023, Defendants served their Initial List of Witnesses and Documents Pursuant to FRCP 26(a)(1).

4. On August 9, 2023, Plaintiffs Charles Finley and Imijah Jenkins served their Initial Disclosure of Witnesses and Documents pursuant to FRCP 26(a)(1).

5. On August 11, 2023, the Discovery Plan and Scheduling Order was filed [Doc. 20].

6. On September 13, 2023, Defendants served their First Supplement to List of Witnesses and Documents Pursuant to FRCP 26(a)(1).

7. On August 15, 2023, Defendant Swift Transportation Company of Arizona, LLC served its First Set of Interrogatories, Requests for Production and Requests for Admission to Plaintiff/Counter-Defendant Charles Finley.

8. On August 15, 2023, Defendant Swift Transportation Company of Arizona, LLC served its First Set of Interrogatories, Requests for Production and Requests for Admission on Plaintiff Imijah Jenkins.

9. On September 14, 2023, Plaintiff Charles Finley served his responses to Defendant Swift Transportation Company of Arizona, LLC's First Set of Interrogatories, Requests for Production and Requests for Admission.

10. On September 14, 2023, Plaintiff Imijah Jenkins served his responses to Defendant Swift Transportation Company of Arizona, LLC's First Set of Interrogatories, Requests for Production and Requests for Admission.

11. On September 15, 2023, Counter-Defendant Charles Finley served his Interrogatories and Requests for Production on Plaintiff Imijah Jenkins.

12. On September 15, 2023, Counter-Defendant Charles Finley served his Interrogatories and Requests for Production on Defendant/Counterclaimant Joshua Bulman.

13. On September 21, 2023, Defendants served a Notice of Taking Videotaped Deposition of Plaintiff/Counter-Defendant Charles Finley.

14. On September 21, 2023, Defendants served a Notice of Taking Videotaped Deposition of Plaintiff Imijah Jenkins.

## II. **DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY**

1. Defendants seek to obtain outstanding medical, billing, employment, tax/IRS, insurance and/or other records for both Plaintiffs which may require motion practice.

2. The FRCP 35 Examination of Plaintiff/Cross-Defendant Charles Finley which may require motion practice.

3. The FRCP 35 Examination of Plaintiff Imijah Jenkins which may require motion practice.

4. The deposition of Plaintiff/Cross-Defendant Charles Finley set for October 10, 2023.

5. The deposition of Plaintiff Imijah Jenkins set for October 11, 2023.

6. Any other party and witness depositions.

7. Depositions of Plaintiffs' treating medical providers.

8. Designations of Initial Expert Witnesses.

9. Designations of Rebuttal Exert Witnesses.

10. Depositions of Expert Witnesses.

11. Additional discovery as the parties deem necessary.

### III. REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME SET BY DISCOVERY PLAN

**1. Obtain Outstanding Records**

On August 7, 2023, Defendants sent Plaintiffs authorizations, based on information known to date, for Plaintiffs to sign and return to enable Defendants to independently request Plaintiffs' records. On August 8, 2023, Plaintiffs produced their initial FRCP 26 disclosures. On August 14, 2023, Defendants sent Plaintiffs additional authorizations for Plaintiffs to sign and return based on the additional information obtained from Plaintiffs' initial FRCP 26 disclosures.

On August 21, 2023, Plaintiffs returned partial signed authorizations. Defendants promptly commenced the records retrieval process via a third-party vendor, i.e. Magna Legal Services. Also on August 21, 2023, Defendants asked Plaintiffs to return the outstanding authorizations for employment, tax return, Medicaid, Social Security and insurance records.

On August 29, 2023, Defendants again followed up with Plaintiffs on the status of returning the outstanding authorizations. Plaintiffs responded that they would not sign and return those authorizations.

On September 19, 2023, Defendants requested Plaintiffs availability for a meet and confer call on the outstanding authorizations which has been scheduled for September 25, 2023. A motion to compel may follow.

**2. Written Discovery Responses**

On August 15, 2023, Defendant Swift Transportation Company, LLC served its first set of Interrogatories, Requests for Production and Requests for Admissions on Plaintiff/Counter-Defendant Charles Finley and Plaintiff Imijah Jenkins, respectively. On September 14, 2023, Plaintiffs served their respective responses to Defendant Swift Transportation Company, LLC's first set of Interrogatories, Requests for Production and Requests for Admissions.

On September 19, 2023, Defendants advised Plaintiffs of alleged deficient discovery responses and the need for supplemental responses. The meet and confer call has been scheduled for September 25, 2023. A motion to compel may follow.

### 3. Independent Medical Examinations of Plaintiffs

On September 6, 2023, Defendants reiterated to Plaintiffs the need for Independent Medical Examinations ("IME") of both Plaintiffs which was also noted within the Discovery Plan and Scheduling Order [Doc 20]. On September 8, 2023, Defendants circulated a proposed Stipulation and Order for IME of Plaintiff/Cross-Defendant Charles Finley and indicated the same format would be used for the Notice of IME of Plaintiff Imijah Jenkins. Defendants circulated proposed IME dates of October 17, 24 and 31, 2023 and November 7, 2023, cautioning the dates were "first come, first served" and would not be held.

On September 13, 2023, Defendants followed-up on the proposed Stipulation and Order for the respective IME's, noted a few revisions consistent with the FRCP 35 examiner's requirements and advised of the currently available proposed dates of October 17, 24 and 31, 2023. On September 19, 2023, Defendants again followed-up with Plaintiffs on the proposed Stipulation and Order for the respective IME's of Plaintiff/Cross-Defendant Charles Finley and Plaintiff Imijah Jenkins. Additionally, Defendants requested Plaintiffs' availability to meet and confer should a motion to compel be required.

On September 19, 2023, Plaintiffs agreed to the IME's but then objected to the language within the proposed Stipulation and Order for IME which has necessitated a meet and confer call scheduled for September 25, 2023. A motion to compel may follow.

### 4. Depositions of Plaintiffs

On September 1, 2023, Cross-Defendant Charles Finley requested available dates to depose Plaintiff Imijah Jenkins. On September 8, 2023, Defendants agreed with the need to proceed with Plaintiffs' depositions and also sought/awaited receipt of Plaintiffs' availability.

Given the discovery time constraints, on September 21, 2023, Defendants had to serve a unilateral Notice of Videotaped Deposition of Plaintiff/Cross-Defendant Charles Finley for October

11, 2023. On September 21, 2023, Defendants had to serve a unilateral Notice of Videotaped Deposition of Plaintiff Imijah Jenkins for October 11, 2023.

### 5. Expert Designations

Defendants' experts continue to await receipt of the outstanding medical records and billing, among other materials, and the FRCP 35 examinations must occur before their formal designations and production of expert reports can occur.

### IV. CURRENT DISCOVERY DEADLINES

| Description | Deadline |
|---|---|
| Amending the pleadings or adding parties: | *Closed* |
| Expert disclosures: | 10/12/2023 |
| Rebuttal expert disclosures: | 11/14/2023 |
| Discovery cutoff: | 12/11/2023 |
| Dispositive motions: | 01/10/2024 |
| Pre-Trial Order: | 02/09/2024 |

### V. [PROPOSED] NEW DISCOVERY DEADLINES

| Description | Deadline |
|---|---|
| Amending the pleadings or adding parties: | *Closed* |
| Expert disclosures: | 12/11/2023 |
| Rebuttal expert disclosures: | 01/15/2024 |
| Discovery cutoff: | 02/09/2024 |
| Dispositive motions: | 03/11/2024 |
| Pre-Trial Order: | 04/09/2024 |

On September 6, 2023, Defendants notified Plaintiffs of the outstanding discovery Defendants sought to complete and inquired of the other parties as to their outstanding discovery needs in contemplation of needing to seek a continuance of the discovery deadlines. On September 7, 2023, Cross-Defendant Finley agreed to stipulate to continue discovery deadlines.

On September 19, 2023, Defendants requested Plaintiffs availability to meet and confer before Defendants would be forced to file a motion to continue discovery deadlines. On September 19, 2023, Plaintiffs agreed to stipulate to a continuance with Defendants preparing the instant stipulation as quickly as possible for this Honorable Court's consideration.

The Parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

DATED this 22nd day of September 2023.

**BENSON ALLRED**

/s/ *Joshua Benson, Esq.*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 240
Las Vegas, NV 89106
*Attorneys for Plaintiffs,*
*Charles Finley and Imijah Jenkins*

DATED this 22nd day of September 2023.

**RESNICK & LOUIS, P.C.**

/s/ *Melissa J. Roose, Esq.*
Melissa J. Roose, Esq.
Nevada Bar No. 7889
8945 W. Russell Road, Suite330
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Joshua Bulman, Swift Transportation Company of Arizona, LLC, and Swift Transportation Services, LLC*

DATED this 22nd day of September 2023.

**EMERSON LAW GROUP**

/s/ *Mark L. Gentile*
Mark L. Gentile, Esq.
NV Bar No. 2709
1055 Whitney Ranch Dr., Suite 120
Henderson, Nevada 89014
*Attorneys for Counter-Defendant,*
*Charles Finley*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED: 9/25/2023

7

| | |
|---|---|
| **From:** | Melissa Roose |
| **To:** | Kimberley A. Chapman |
| **Cc:** | Kelley Kessler |
| **Subject:** | DUE TODAY: Finley, et al. v. Bulman, et al.: SAO Continue Discovery |
| **Date:** | Friday, September 22, 2023 1:11:22 PM |
| **Attachments:** | 2023.09.20 SAO for Contiued Discovery Deadlines.docx |
| **Importance:** | High |

**From:** Melissa Roose
**Sent:** Friday, September 22, 2023 1:09 PM
**To:** Joshua Benson <josh@bensonallred.com>; Kimberley A. Chapman <kchapman@rlattorneys.com>
**Cc:** Mark Gentile <Mark@emersonlawgroup.com>; Robert Thompson <rthompson@rlattorneys.com>; Teresa Regalado <teresa@bensonallred.com>; Whitney Wileman <whitney@bensonallred.com>; Taylor Wakefeld <Taylor@emersonlawgroup.com>; Jenna Nixon <Jenna@emersonlawgroup.com>; April Rufus <arufus@rlattorneys.com>
**Subject:** RE: Finley, et al. v. Bulman, et al.: SAO Continue Discovery

Thank you. I've copied my assistant, Kim, to add all of our e-signatures and submit the SAO to Continue to the Fed Ct ASAP today.

**From:** Joshua Benson <josh@bensonallred.com>
**Sent:** Friday, September 22, 2023 12:48 PM
**To:** Melissa Roose <mroose@rlattorneys.com>
**Cc:** Mark Gentile <Mark@emersonlawgroup.com>; Robert Thompson <rthompson@rlattorneys.com>; Teresa Regalado <teresa@bensonallred.com>; Whitney Wileman <whitney@bensonallred.com>; Taylor Wakefeld <Taylor@emersonlawgroup.com>; Jenna Nixon <Jenna@emersonlawgroup.com>; April Rufus <arufus@rlattorneys.com>
**Subject:** Re: Finley, et al. v. Bulman, et al.: SAO Continue Discovery

You may add my e-signature.

> On Sep 22, 2023, at 3:29 PM, Melissa Roose <mroose@rlattorneys.com> wrote:
>
> E-signature is permitted. Thank you for your quick reply.
>
> **From:** Mark Gentile <Mark@emersonlawgroup.com>

**Sent:** Friday, September 22, 2023 12:25 PM
**To:** Melissa Roose <mroose@rlattorneys.com>; Robert Thompson <rthompson@rlattorneys.com>; Joshua Benson <josh@bensonallred.com>; Teresa Regalado <teresa@bensonallred.com>; Whitney Wileman <whitney@bensonallred.com>
**Cc:** Taylor Wakefeld <Taylor@emersonlawgroup.com>; Jenna Nixon <Jenna@emersonlawgroup.com>; April Rufus <arufus@rlattorneys.com>
**Subject:** RE: Finley, et al. v. Bulman, et al.: SAO Continue Discovery

You may add my e signature - or do I have to sign and return?

Mark L. Gentile, Esq.

Emerson Law Group

1055 Whitney Ranch Drive, Suite 120
Henderson, Nevada 89014
Tel. 702.384.9444

**From:** Melissa Roose [mailto:mroose@rlattorneys.com]
**Sent:** Friday, September 22, 2023 12:23 PM
**To:** Robert Thompson <rthompson@rlattorneys.com>; Joshua Benson <josh@bensonallred.com>; Teresa Regalado <teresa@bensonallred.com>; Whitney Wileman <whitney@bensonallred.com>
**Cc:** Taylor Wakefeld <Taylor@emersonlawgroup.com>; Jenna Nixon <Jenna@emersonlawgroup.com>; Mark Gentile <Mark@emersonlawgroup.com>; April Rufus <arufus@rlattorneys.com>
**Subject:** Finley, et al. v. Bulman, et al.: SAO Continue Discovery

> **WARNING: NOT AN ELG SENDER:** This email orginated from outside of the company. Do not click on links or attachments unless you recognize the sender and know the content is safe.

Attached is the SAO to Continue Discovery to please review ASAP for prompt Court submission. We need to check the submission deadline for this because if it's late we need to add excusable neglect language.

**From:** Mark Gentile <Mark@emersonlawgroup.com>
**Sent:** Thursday, September 7, 2023 11:21 AM
**To:** Melissa Roose <mroose@rlattorneys.com>; Taylor Wakefeld <Taylor@emersonlawgroup.com>;Josh@bensonallred.com